RECEIVED
AUG 26 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA


SCANNED
AUG 26 2019
U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dana D Jackson
General Delivery
100 1st Street South
Minneapolis, MN 55401

vs.

Apple Inc.
One Apple Pkwy
Cupertino, Ca 95014

Plaintiff(s),

Defendant(s).

Case No. 19-2349 JNE/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ___ NO X

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Dana Jackson
   Street Address: General Delivery
   County, City: Hennepin  Minneapolis
   State & Zip Code: Minnesota
   Telephone Number: 651 341 6025

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

   Name: Apple Inc.
   Street Address: One Apple Park Way
   County, City: Santa Clara   Cupertino
   State & Zip Code: California   95014

b. Defendant No. 2

   Name:
   Street Address:
   County, City:
   State & Zip Code:

c. Defendant No. 3

   Name:
   Street Address:
   County, City:
   State & Zip Code:

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question          ☒ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. iCloud 4th Amendment Confiscation of my Violation

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Dana Jackson   State of Citizenship: Minnesota

   Defendant No. 1: Apple Inc.   State of Citizenship: California

   Defendant No. 2: _____   State of Citizenship: _____

   Attach additional sheets of paper as necessary and label this information as paragraph 5.
   Check here if additional sheets of paper are attached.

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota
   ☒ Other: explain  Apple Inc is worldwide

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. See Other Page(s)

3

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

$250,000.00 for confiscation of my iCloud and no refund on my hacked products MacBook Air iPhone X

Date:

Signature of Plaintiff: Sana Jackson   8/26/2019
Mailing Address: 100 1st Street South General Delivery Minneapolis, MN 55440
Telephone Number: 651 341 6025

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

SCANNED
AUG 26 2019
U.S. DISTRICT COURT MPLS

RECEIVED
AUG 26 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Complaint Apple Inc.
One Apple Park Way
~~Cupertino~~ Cupertino, CA 95014.

On case number 100876937962 at Apple. Sebastien Apple Inc, senior advisor repeatedly forwarded my dates to retrieve my iCloud with all evidence(s) to all my complaints. recently Apple stopped recovery of iCloud via email. Inturn, suggesting that my iCloud block is for my protection. When in fact, I can not be protected for or from myself; making my evidence Confiscated. Violation of my 4th amendment Seizure Protections Law(s).

I ask for the federal amount of $75,000.00 for delay and continuance of delay to open my iCloud to me. Apple also denied me refund of hacked MacBook Air when in fact I paid $250 for apple care. When I paid near $2K

for my MacBook air, with a mouse and subscription of Microsoft Word and a more powerful computer that I inturn had to pawn for money of being home-less. All this information and evidence of my cases I filed with the Federal court is on my MacBook air.

These companies are in violation to our United States Constitution, through policies that are no where documented. It's wrongful and banks and companies are unlawful with recklessness.

I beg the court to believe me as deemed just and proper.

Dana Jackson     Date: 8-25, 2019